IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01742-REB-MEH

CHRISTINE ARAGON,

    Plaintiff,

v.

UNITED RECOVERY SYSTEMS, LP, a Texas limited partnership,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 22, 2011.**

    The Stipulated Motion for Entry of Protective Order [filed September 22, 2011; docket #13] is **granted**. The proposed Protective Order is accepted, issued and filed contemporaneously with this minute order.