**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 11-cv-01742-REB-MEH

CHRISTINE ARAGON,

    Plaintiff,

v.

UNITED RECOVERY SYSTEMS, LP, a Texas limited partnership,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation of Dismissal With Prejudice** [#19][1] filed October 19, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal With Prejudice** [#19] filed October 19, 2011, is **APPROVED**;

    2. That the Trial Preparation Conference set for June 22, 2012, is **VACATED**;

    3. That the jury trial set to commence July 9, 2012, is **VACATED**; and

    4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated October 20, 2011, at Denver, Colorado.

    **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#19]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.